UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | ) | |
| vs. | ) | Cause No. 4:26-mj-00007-VTW |
| GERALD EDDIE BROWN, JR., Defendant. | ) | |

Entry for February 26, 2026

Before the Hon. Van T. Willis, Magistrate Judge

This matter is before the Court for an Initial Appearance on Rule 5(c)(3) proceedings on a Complaint out of the District of Columbia (1:26-mj-00040).

The government appears by AUSA Matthew Rinka via telephone. The defendant appears in person and with CJA counsel Patrick Renn. U.S. Probation represented by Shallon Watson. U.S. Marshal represented by Mike Grimes.

The defendant submits a Financial Affidavit which is approved by the Court. Patrick Renn is appointed as CJA counsel for defendant.

The defendant waives formal reading of the Complaint. The defendant is advised of his rights, the charges and possible penalties. The defendant waives formal arraignment.

The Government moves for detention pending transfer to the District of Columbia. Arguments presented and the Court orders the defendant detained pending transport. The defendant executed a Waiver of Rule 5 Hearing. Defendant requests all hearings be held in the charging district.

The Government moves to unseal this cause of action and the same granted.

Defendant remanded to custody of the U.S. Marshal pending transfer to the District of Columbia.

2/26/2026

Van Willis

VAN WILLIS
United States Magistrate Judge
Southern District of Indiana

Copies:

All electronically registered counsel of record via CM/ECF
U.S. Marshal
U.S. Probation