UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | 4:26-mj-00007-VTW |
| | ) | |
| GERALD EDDIE BROWN, JR.., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER APPOINTING CJA COUNSEL

This Court has determined that the above-named defendant is financially unable to obtain adequate representation in the above-styled case and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18. U.S.C. § 3006A).

The Court hereby appoints Patrick Renn as counsel to represent the Defendant for all proceedings in this matter. Such appointment shall be deemed effective as of **February 25, 2026**.

IT IS SO ORDERED.

Date: February 26, 2026

VAN WILLIS
United States Magistrate Judge
Southern District of Indiana

Distribution:

Counsel of record