INSD 458 (Rev. 08/09) Appearance of Counsel - Criminal Case

# UNITED STATES DISTRICT COURT

for the

Southern District of Indiana

U SA
*Plaintiff*

v.

Gerald Eddie Brown Jr
*Defendant*

Case No.

FILED
02/26/2026
U.S. DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
Kristine L. Seufert, Clerk

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am authorized to practice in this court and I appear in this case as counsel for:

______________________________,

in the capacity of:

- [X] CJA Appointment
- [ ] Federal Community Defender
- [ ] Retained Attorney
- [ ] Other:______________(Please specify.)

Date: 2/26/2026

[signature]
*Attorney's signature*

Patrick J. Renn
*Printed name and bar number*

600 West Main St Ste 100
Louisville KY 40202
*Address*

prenn@600west.com
*E-mail address*

502 5105710
*Telephone number*

502 368 3600
*FAX number*