UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>GERALD EDDIE BROWN, JR.,<br>Defendant. | CAUSE NO. 4:26-mj-00007-VTW |

**NOTICE OF NON-REDACTION OF TRANSCRIPT**

Comes now the United States of America, by counsel, Thomas E. Wheeler II, United States Attorney for the Southern District of Indiana, and Matthew J. Rinka, Assistant United States Attorney, and pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure and Southern District of Indiana Rule 80-2, hereby notifies the Court that pursuant to Rule 49.1 of the Federal Rules of Criminal Procedure and Southern District of Indiana Rule 80-2, it has reviewed the transcript of Initial hearing as to Gerald Eddie Brown, Jr., held on February 26, 2026 (Docket No. 8). The United States hereby notifies this Court that there are no personal identifiers that should be redacted prior to the electronic filing of the official transcript.

Respectfully submitted,

THOMAS E. WHEELER
United States Attorney

By: *s/ Matthew J. Rinka*
Matthew J. Rinka
Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I certify that on March 19, 2026, a copy of the foregoing was filed electronically. Any parties appearing in this case may access this filing through the Court's system.

By: *s/ Matthew J. Rinka*

Matthew J. Rinka
Assistant United States Attorney
United States Attorney's Office
Southern District of Indiana
135 N. Pennsylvania Street, Suite 2100
Indianapolis, Indiana 46204
(317) 226-6333
(317) 226-6125 [Fax]
Matthew.Rinka@usdoj.gov